**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CLAUDIA STEVENS,

    Plaintiff,

v.                                                Case No: 8:23-cv-1552-CEH-CPT

WALMART INC.,

    Defendant.

---

**<u>ORDER</u>**

    This matter comes before the Court on Defendant Walmart, Inc.'s Motion to Dismiss or, in the alternative, for a More Definite Statement (Doc. 1-2) filed in state court, pursuant to the Florida Rules of Civil Procedure, prior to removal of this action. On July 12, 2023, Walmart, Inc. removed this action from state court to federal court. Doc. 1. Pursuant to M.D. Fla. Local Rule 1.06(c), a motion pending in state court that is not refiled within twenty-one days after removal and is in compliance with the local rules is due to be denied without prejudice. More than twenty-one days since removal has passed and Defendant has not re-filed its motion in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court. Accordingly, it is hereby

    **ORDERED:**

    1.    Defendant Walmart, Inc.'s Motion to Dismiss (Doc. 1-2) is **DENIED without prejudice**.

2. Defendant Walmart, Inc. may file an amended motion within **SEVEN (7) DAYS** that complies with the Federal and Local Rules. Any amended motion must include a certification of conferral as required by M.D. Fla. Local Rule 3.01(g). If Defendant does not file such amended motion within the time provided, it must file a responsive pleading within **FOURTEEN (14) DAYS** from the date of this order.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties